The application is denied. There appears no error of law in the judgment complained of.

162 So.2d 10

**Dallas FONTENOT**

**v.**

**BOARD OF BARBER EXAMINERS.**

**No. 47138.**

March 30, 1964.

In re: Board of Barber Examiners applying for certiorari or writ of review to

the Court of Appeal, First Circuit, Parish of East Baton Rouge. 159 So.2d 530.

Writ refused. We find no error of law in the judgment complained of.

HAMITER, and SANDERS, JJ., are of the opinion that the writ should be granted.

162 So.2d 10

**FIESTA FOODS, INC.**

**v.**

**Gordon C. OGDEN, Jr., d/b/a Cremeo
Products Company.**

**No. 47140.**

March 31, 1964.

In re: Fiesta Foods, Inc. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 159 So.2d 577.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.